541 A.2d 739

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Nathaniel WEST.**

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Derrick SIMMONS.**

Supreme Court of Pennsylvania.

Submitted Jan. 22, 1988.

Decided May 20, 1988.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Karen Grigsby, Philadelphia, for the Com.

Thomas Bruno, II, Philadelphia, for Nathaniel West.

Jeffrey M. Voluck, Philadelphia, for Derrick Simmons.

Prior Report: 358 Pa.Super. 609, 518 A.2d 307.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

The Orders of the Superior Court are vacated and the matters are remanded to the Superior Court for consideration of the remaining issues raised on appeal. *See e.g.,* *Commonwealth v. Baker*, 511 Pa. 1, 511 A.2d 777 (1986).